Ms. Denise Pappalardo                                                           March 8, 2016

Standing Chapter 13 Trustee

PO Box 16607

Worcester, MA 01601          CASE NUMBER- 09-45517-MSH

Dear Ms. Pappalardo;

Please find enclosed a check for $ 6,031.31 which is net proceeds from the bonuses received as referenced in your letter of 2-2-16 to Attorney Fleming. I appreciate your understanding with the delay in fulfilling your request. I was traveling on business for two weeks and also it took some time to withdraw the funds from my 401K retirement account.

Also please note that although my home address remains 58 Waverly Ave. Lowell, MA 01826 however my new mailing address is 1530 Broadway Road Dracut, MA 01826 please send any future correspondence to this address.

Sincerely;

John V. Kapeckas

*John V. Kapeckas*

cc: Atty. Thomas Fleming