# Unclaimed Funds

Entered 1/1/2001 to 6/30/2016

| Case No./<br>Cred No. | Creditor | Amount | Entered |
|---|---|---|---|
| 09-45517 -cjp<br>19751952 | Thomas F. Fleming, Esq.<br>175 Central Street, Ste 219<br>Lowell, MA 01852<br>01852 | 1,000.00 | 06/30/2016 |

**Grand Total: 1,000.00**